AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ ARKANSAS

UNITED STATES OF AMERICA

V.

JANTZEN ADAMS

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 4:11CR40018-002

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

SUSAN O. HICKEY            U.S. District Judge
_____
Name of Judge            Title of Judge

7/25/2012
_____
Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 2 5 2012

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK